PER CURIAM.
 
 [1]
 

 Writ granted in part; otherwise denied. Defendant’s sentence is amended to delete the trial court’s prohibition on diminution of sentence pursuant to R.S. 15:571.3(C)(l)(c). While defendant is not eligible for diminution of sentence, the provisions of R.S. 15:571.3(C) “are directed to the Department of Corrections exclusively.”
 
 State ex rel. Simmons v. Stalder,
 
 93-1852 (La.1/26/96), 666 So.2d 661. The trial court acted beyond its authority in denying that eligibility.
 
 See State v. Jackson,
 
 07-0975, p. 14 (La.App. 5th Cir.4/15/08), 985 So.2d 246, 254. The district court is directed to make an entry in the minutes reflecting this change. In all other respects, the application is denied.
 

 [1]
 

 . Chief Justice Kimball not participating.